STATE of Minnesota, DEPARTMENT OF PUBLIC SAFETY, Appellant,

v.

Peter Joseph RINGWELSKI, Respondent.

No. 48437.

Supreme Court of Minnesota.

July 28, 1978.

Warren Spannaus, Atty. Gen., Joel A. Watne, Sp. Asst. Atty. Gen., St. Paul, for appellant.

Gerald C. Magee, Minneapolis, for respondent.

PER CURIAM.

For reasons stated in *State, Department of Public Safety, v. Glovka*, Minn., 269 N.W.2d 31, filed July 14, 1978, the order of the district court dismissing the proposed revocation of respondent's drivers license is reversed and the matter remanded to the district court for the determination of the other issues raised in, but not decided by, the district court.

Reversed and remanded.